# United States District Court

Southern **DISTRICT OF** California

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail parcel # EB683435812US addressed to Israel Salinas, 1268 Imperial Beach Blvd. Suite #266, Imperial Beach, CA 91932. The parcel listed the return information of Annette Taylor, 3015 W 12600 SO, Riverton, Utah 84065 | **SEARCH WARRANT**<br><br>CASE NUMBER: '07 MJ 2902 |
|---|---|

TO:   Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail parcel # EB683435812US addressed to Israel Salinas, 1268 Imperial Beach Blvd. Suite #266, Imperial Beach, CA 91932. The parcel listed the return information of Annette Taylor, 3015 W 12600 SO, Riverton, Utah 84065 which is in the custody of the U.S. Postal Inspection Service.

in the Southern   District of California   there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   12/19/07
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   **BARBARA L. MAJOR**
                                                                 U.S. Judge or Magistrate
as required by law.                                              **U.S. MAGISTRATE JUDGE**

12/10/07 at 6:06 PM          at   San Diego, CA
Date and Time Issued              City and State

                                  [signature] Barbara Major

**BARBARA L. MAJOR** Magistrate Judge
Name and Title of Judicial Officer       Signature of Judicial Officer
**U.S. MAGISTRATE JUDGE**

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 12-10-07 | DATE AND TIME WARRANT EXECUTED 12-10-07 6:30 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspector A. Flores and P. Garn. |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express # EB 683435812US

Contained a handwritten note to alberto requesting 250 Somas mp 58 and a US Postal Service Money Order serial # 10319736655 in the amount of $75.00. The parcel was resealed and all items returned to the US Mail.

*[signature]* 12/10/07

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Flores_

Subscribed, sworn to, and returned before me this date.

_Barbara L. Major_          12/14/07
U.S. Judge                   Date